IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01067-WYD

SHERRY L. SCHUMACHER,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER

THIS MATTER comes before the Court on the parties Stipulation for Equal Access to Justice Act Attorney Fees (ECF No. 20).  Upon stipulation by the parties, it is hereby

ORDERED that Plaintiff is awarded $3,505.68 in attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. It is further ordered that if, after receiving the Court's EAJA fee order, the Commissioner (1) determines that Plaintiff has assigned the EAJA fees to his attorney, (2) determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (3) agrees to waive the requirements of the Anti-Assignment Act, the fees will be made payable to Plaintiff's attorney.  However, if there is a debt owned under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney and delivered

to:

    Sherry L. Schumacher
    c/o Teresa Abbott, Esq.
    Law Office of Teresa Abbott, P.C.
    10200 E. Girard Avenue, Suite D140
    Denver CO 80231

    Dated:  November 20, 2015

                        BY THE COURT:

                        */s/ Wiley Y. Daniel*
                        WILEY Y. DANIEL,
                        SENIOR UNITED STATES DISTRICT JUDGE